IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> FOODFIRST GLOBAL RESTAURANTS, INC. <br><br> *Defendant.* | Case No. 2:19-cv-3125-SDM-EPD <br><br> Judge Sarah D. Morrison <br> Magistrate Judge Elizabeth Preston Deavers <br><br> JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Symbology Innovations, LLC and Defendant Foodfirst Global Restaurants, Inc., by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its own costs and fees. The parties request that the Clerk of Court now close this case.

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| /s/*Howard L. Wernow* <br> Howard L. Wernow <br> Sand, Sebolt, & Wernow Co., LPA <br> 4940 Munson Street NW Suite 1100 <br> Canton, Ohio 44718 <br> 330-244-1174 (Phone) <br> 330-244-1173 (Fax) <br> Howard.Wernow@sswip.com | /s/*John M. Kuhl* <br> John M. Kuhl <br> Vorys, Sater, Seymour and Pease LLP <br> 52 E. Gay Street <br> Columbus, Ohio 43216 <br> 614-464-5646 (Phone) <br> 614-719-5129 (Fax) <br> Jmkuhl@vssp.com |

/s/ _____
Kirk J. Anderson (CA SBN 289043)
kanderson@budolaw.com
Budo Law P.C.
5610 Ward Road, Suite 300
Arvada, Colorado 80002
720-225-9440 (Phone)
720-225-9331 (Fax)

*Attorneys for Symbology Innovations, LLC*

/s/ *Aaron Mark Williams* _____
Aaron Mark Williams
Vorys, Sater, Seymour and Pease LLP
200 Public Square Suite 1400
Cleveland, Ohio 44114
216-479-6180  (Phone)
216-937-3405 (Fax)
amwilliams@vorys.com

/s/ *Michael J. Garvin* _____
Michael J. Garvin
Vorys, Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, Ohio 44114
216-479-6100  (Phone)
216-479-6060 (Fax)
migarvin@vorys.com

*Attorneys for FoodFirst Global Restaurants, Inc.*

IT IS SO ORDERED.

Dated: _____

                                        _____
                                        United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.